UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

D<small>OUGLAS</small> B<small>IESKE</small>,

    Plaintiff,

v.

A<small>CCIDENT</small> F<small>UND</small> I<small>NSURANCE</small> C<small>OMPANY</small>,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:22-cv-01088-JMB-PJG

## ORDER

This matter is before the Court on the parties' joint Stipulation to Stay. (ECF No. 168). The Court held a telephone conference on February 19, 2025, at which time counsel for both parties appeared. The Court being fully advised in the premises, the Stipulation is be **GRANTED in part**. Accordingly,

**IT IS ORDERED** that the case is **STAYED** for thirty days from the date of this order. The Court will conduct a follow-up conference with counsel at that time and determine whether any additional stay is warranted.

**IT IS SO ORDERED**.

Date: February 20, 2025

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge